UNITED STATES DISTRICT COURT
DISTRICT OF MAINE

| | |
|---|---|
| CAMDEN NATIONAL BANK,<br>a banking institution organized under the<br>laws of the United States with a place of<br>business in Rockland, County of Knox, State<br>of Maine,<br>                Plaintiff,<br><br>   v.<br><br>F/V MICHELLE (O.N. 1174645), her<br>engines, machinery, equipment, masts, etc.,<br>*in rem*; and<br><br>DENNIS R. YOUNG, JR. and KIM L.<br>YOUNG, of Cushing, County of Knox, State<br>of Maine, *in personam*,<br><br>                Defendants. | Civil Action No.:2:08-cv-00206-GZS |

**Judgment of Foreclosure of Ship Mortgage
and Order of Sale**

Upon Plaintiff's Motion for Judgment of Foreclosure and Order of Sale by Default dated September 3, 2008, entry of default having been entered against the F/V MICHELLE (O.N. 1174645), *in rem*, against Dennis R. Young, Jr. and Kim L. Young, *in personam*, and against all other persons and entities that have or may claim an interest in the vessel, it is hereby

**ORDERED, ADJUDGED AND DECREED THAT:**

1. The First Preferred Ship Mortgages held by Plaintiff upon the F/V MICHELLE (O.N. 1174645), her engines, machinery, fishing gear and appurtenances are foreclosed;

2. Judgment is awarded in favor of Plaintiff and against Defendant F/V MICHELLE (O.N. 1174645), *in rem*, and Dennis R. Young, Jr. and Kim L. Young, *in personam* in the amount of $437,449.90 as of September 2, 2008 in principal and accrued interest together with interest after September 2, 2008 accruing at the rate of $145.08055 per diem plus costs of collection including attorney's fees, expenses of sale and custodial costs against Defendant F/V MICHELLE, *in rem*, and Defendants Dennis R. Young, Jr. and Kim L. Young, *in personam*;

3. The United States Marshal shall sell the said F/V MICHELLE (O.N. 1174645), her engines, machinery, fishing gear and appurtenances free and clear of all liens and encumbrances at public sale to be advertised by publication once in the Portland Press Herald at least fourteen (14) days prior to sale with the deposit proceeds to be held by the U. S. Marshal;

4. Plaintiff shall submit an Affidavit of its costs and attorneys fees and of the fees and expenses of the Substitute Custodian to be included within the judgment debt for approval by the Court with the Motion for Confirmation of Sale; and

5. Upon Order of Confirmation of Sale by the Court and payment of the balance due to the U.S. Marshal by the purchaser at Marshal's sale, the U.S. Marshal shall distribute the net proceeds after retention of the commission due to the U.S. Marshal as follows: (a) to Plaintiff Camden National Bank its judgment debt as set forth in the Order of Confirmation of Sale and (b) to Defendants Dennis R. Young, Jr. and Kim L. Young any

surplus. On Motion of Plaintiff, the Clerk shall issue a Writ for any deficiency against Defendants Dennis R. Young, Jr. and Kim L. Young.

Dated: September 8, 2008                    /s/ George Z. Singal
                                                       George Z. Singal,
                                                       Chief U.S. District Judge